ELIZABETH M. TAAFFE, Appellant and Respondent, *v.* ETHEL A. DOYLE, Respondent and Appellant, and GERTRUDE MURPHY, Respondent, Impleaded with Others.

Submitted June 9, 1941; decided June 19, 1941.

*Robert H. Charlton* for motion.
*Moses Kaplan* and *J. Roger Carroll* opposed.

Motion denied unless the defendant Doyle pays to plaintiff the costs in all courts to date, to be taxed by the court, within ten days after the entry of this order. Plaintiff, if so advised, may withdraw her stipulation for judgment absolute and her notice of appeal, without costs.